GARY M. SIRBU [039402]
1999 Harrison Street
Suite 1650
Oakland, CA 94602
Telephone: (510) 336-3373
Facsimile: (510) 336-3384

Attorney for Defendant

RECEIVED
AUG 2 2 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

FILED
AUG 2 3 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

LORON DEANCE,

    Defendant

No. CR 06-00486-MJJ (WDB)

[PROPOSED] TRAVEL ORDER

GOOD CAUSE APPEARING THEREFORE from the Stipulated Request for Travel Order submitted by the parties,

IT IS ORDERED that defendant Loron Deance may travel with his uncle, Ronald Proctor, to McHenry, Mississippi to visit his grandmother, Willie Mae Robertson, as follows: Defendant shall leave on Continental Airlines Flight CO284 at 12:30 a.m. on Saturday, September 2, 2006 to Texas, and immediately transfer to CO2683 to Gulfport, Mississippi. While in Mississippi, he shall stay with Willie Mae Robertson, and her daughter, Rosaland Carter, at 13 Sarah Lane, McHenry, Mississippi, 39561.

The Court is advised that Mr. Proctor will drive from the Gulfport airport to McHenry and shall also drive the return route back to the Gulfport airport. Defendant Deance shall accompany

cc: WDB's Stats, Copy to parties via ECF
Pretrial, Monica, Financial

TRAVEL ORDER
United States v. Loron Deance

1

him on the two car trips. He shall then return with his uncle to Oakland on Continental flight number CO1789 on Saturday, Sept 9, 2006, arriving at 11:16 p.m. that night.

Dated: 8/23/06

_____
WAYNE D. BRAZIL
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT