KEVIN V. RYAN (CASBN 118321)
United States Attorney

MARK KROTOSKI (CASBN 138549)
Chief, Criminal Division

ALICIA WILTZ FENRICK (CASBN 193860)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3703
   FAX: (510) 637-3724
   Email: merry.chan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>  v.<br>SHARFFEE WILLIAMS, et al.,<br>    Defendants. | No. CR-06-00486 MJJ<br><br>SUBSTITUTION OF ATTORNEY<br>AND ORDER |

     Please take notice that as of November 21, 2006, the Assistant United States Attorneys whose name, address and telephone number are listed below will be counsel for the government.

     Assistant United States Attorney Alicia Wiltz Fenrick
     1301 Clay Street, Suite 340S
     Oakland, CA 94612
     Telephone: (510) 637-3693
     FAX: (510) 637-3724
     email: alicia.fenrick@usdoj.gov

DATED: November 21, 2006        Respectfully submitted,

                                    KEVIN V. RYAN
                                    United States Attorney

                                    /s/
                                    ALICIA WILTZ FENRICK
                                    Assistant United States Attorney

SUBSTITUTION OF ATTORNEY
CR-06-00486 MJJ