SCOTT N. SCHOOLS (SC 9990)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

ALICIA W. FENRICK
Assistant United States Attorney

    1301 Clay Street, Ste 340S
    Oakland, California 94612
    Telephone: (510) 637-3693
    Fax: (510) 637-3724
    Email: alicia.fenrick@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | No. CR 06-00486 MJJ |
|             Plaintiff,        ) | STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME AND DEFER PROSECUTION |
|     v.                ) | |
| LORON DEANCE,           ) | |
|             Defendant.     ) | |

      The parties hereby request that the Court exclude time under the Speedy Trial Act in the

above captioned case pursuant to 18 U.S.C. § 3161(h)(2) from February 5, 2007 to August 5,

2008 for deferral of prosecution. The parties agree that pretrial diversion is an appropriate

disposition in this matter.

      The United States has referred Mr. Deance to Pretrial Services for an intake evaluation.

If Mr. Deance meets the qualifications set forth by Pretrial Services, he will be placed on pretrial

diversion for no more than eighteen months. Accordingly, the parties agree that the prosecution

will be deferred for an eighteen month period of time for Mr. Deance to demonstrate good

1    conduct under the conditions of a pretrial diversion program.

2    SO STIPULATED.

3                              SCOTT N. SCHOOLS

4                              United States Attorney

5    DATED: May 11, 2007                 /S/

6                              ALICIA W. FENRICK
                               Special Assistant United States Attorney

7

8    DATED: May 11, 2007                 /S/
                               GARY SIRBU

9                              Attorney for Mr. Deance

10        Based on the stipulation of the parties and for good cause shown, IT IS HEREBY

11    ORDERED that time is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(2)

12    from February 5, 2007 to August 5, 2008 for deferral of prosecution by the United States for the

13    purpose of allowing the defendant to demonstrate good conduct under the conditions of a pretrial

14    diversion program.

15

16    DATED: _____5/15/2007_____

17                              MARTIN J. JENKINS
                             United States District Judge