JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

CHINHAYI J. COLEMAN (CABN 194542)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, CA 94612
   Telephone: (510) 637-3924
   Facsimile: (501) 637-3724
   E-Mail: chinhayi.j.coleman@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR  06-00486-02 CW |
|    Plaintiff, ) | |
|       v. ) | NOTICE OF DISMISSAL; ORDER |
| LORON DEANCE, ) | |
|    Defendant. ) | |

NOTICE OF DISMISSAL; ORDER
06-00486-02 CW

1   With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the
2   United States Attorney for the Northern District of California dismisses the Indictment returned
3   against this defendant and requests that the arrest warrant be recalled.

5   DATED:        August 5, 2008            Respectfully submitted,

6                                           JOSEPH P. RUSSONIELLO
                                            United States Attorney

8                                           _____/s/_____
                                            CHINHAYI J. COLEMAN
9                                           Assistant United States Attorney

12  **LEAVE GRANTED and ARREST WARRANT RECALLED**.

            8/5/08
13  DATED: _____
                                            _____Claudia Wilken_____
14                                          THE HONORABLE CLAUDIA WILKEN
15                                          United States District Court Judge

NOTICE OF DISMISSAL; [PROPOSED] ORDER
06-00486-02 CW